Chris Reichman  SBN 250485
PRATO & REICHMAN, APC
3737 Camino del Rio South, Suite 303
San Diego, CA 92108
Telephone: 619-683-7971
Facsimile:  619-241-8309

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SAPAN,<br><br>           Plaintiff,<br><br>     vs.<br><br>MILESTONE SYSTEMS, INC., an Oregon corporation,<br>ERIC FULLERTON, an individual<br><br>           Defendants. | Case No.: 13-cv-1965 L WVG<br><br>**NOTICE OF SETTLEMENT** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Notice of Settlement

- 2 -

1  Comes now Plaintiff JONATHAN SAPAN, to notify the Court that the
2  parties have reached settlement of the material issues in dispute in the above
3
4  captioned case and expect to be able to draft and execute a final written settlement
5  agreement within a reasonable amount of time, not to exceed thirty days.  Plaintiff
6  will file a notice of dismissal with prejudice upon final settlement.
7
8
9  DATED: November 7, 2013                           **PRATO & REICHMAN, APC**
10
11
12                                                   __/s/ Christopher J. Reichman_____
13                                                   By: Christopher J. Reichman,
                                                     Attorney for Plaintiff,
14                                                   PAUL SAPAN

- 2 -

Notice of Settlement