MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SAPAN                          v.  MILESTONE SYSTEMS      No. 13-1965-L(WVG)

HON. WILLIAM V. GALLO      CT. DEPUTY J. YAHL    RPTR. _____


The Settlement Disposition Conference set for December 10, 2013 at 7:30 AM is vacated.  Motion for Dismissal received.


DATED:  November 15, 2013

                                              _____
                                              Hon. William V. Gallo
                                              U.S. Magistrate Judge